# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: GRAND JURY DISCLOSURE    )   2:24-mc-936
)
)
)
)
)
)

**Hearing Type:** Sealed In-Camera Hearing
**Date:** March 18, 2025
**Present:** Chief Judge Mark R. Hornak

| AUSA | Nicole A. Vasquez Schmitt; Soo Song |
|---|---|
| Party (Micaiah Collins) | Jonathan Sidney; Samir Sarna |
| Court Reporter | Marsia Balobeck |
| Deputy Clerk/Law Clerk | Brian D. Babik/Peter R. O'Neill/Lucy C. Augustine |
| Start time | 1:20 PM |
| End time | 2:57 PM |

**SUMMARY OF PROCEEDINGS:**

This Hearing was held at the request of counsel for the Government based on the named party's failure to comply with the Order dated 2/25/25 (ECF No. 8).

The Court heard presentations from counsel.

Ms. Collins was sworn-in and the Court read the Order (ECF No. 8). Ms. Collins confirmed her understanding of said Order.

The Hearing adjourned and Ms. Collins was directed to return to the grand jury room.