**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: GRAND JURY DISCLOSURE    )
                                )
                                )
                                )    2:24-mc-00936
                                )
                                )
                                )
                                )

**CIVIL CONTEMPT SCHEDULING AND SHOW CAUSE ORDER**

In consideration of the matters placed on the record at various points during the proceedings held before the undersigned on March 18, 2025, a Civil Contempt Hearing is hereby SCHEDULED for Monday, April 14, 2025, at 9:30am.

In preparation for said Civil Contempt Hearing, the following filing deadlines are set and notice provided by the Court:

- Any motions or papers that contain or refer to the substance of past or anticipated Grand Jury proceedings may be filed under seal without the need for redaction.

- All motions and papers presented to the Court at the *in camera* portion of the hearing on March 18, 2025, shall be filed on the docket by the end of the day on March 20, 2025.

- Counsel shall confer and determine the form in which the witness's statement describing her refusal to testify to the Grand Jury on March 18, 2025 shall be provided to the Court and the terms on which it shall be provided, including to whom it may be disclosed. Such notice and a proposed order shall be filed on the docket on or before Monday, March 24, 2025.

- Any motion requesting transcripts or portions thereof from prior Grand Jury

1

proceedings shall be filed on or before March 24, 2025. Response briefs shall be filed March 31, 2025.

- Any other substantive motion from any party shall be filed on or before March 31, 2025. Any responses thereto shall be filed on or before April 8, 2025. Any reply brief in support of a motion shall be filed on or before April 10, 2025. Motions and responses are limited to fifteen (15) pages. Reply briefs are limited to five (5) pages.

As the Court noted on the record during the proceedings held March 18, 2025, subject to the filing of compliant *Schofield I* and *II* affidavits by the Government, it appears to the Court that the Government has at this point made out a *prima facie* showing that the witness has willfully refused and failed to comply with a valid testimonial Grand Jury subpoena served upon her, and the witness has further willfully refused and failed to comply with the Orders of the Court as stated directly to the witness by the Court during such proceedings. The witness must now show good and proper cause as to why she should not be held in civil contempt, and one or more coercive remedies not be imposed by the Court.

SO ORDERED.


_____s/ Mark R. Hornak_____
Mark R. Hornak
Chief United States District Judge

Dated:  March 19, 2025