IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GRAND JURY DISCLOSURE | Miscellaneous No. 24-936 |

## **APPEARANCE OF COUNSEL**

      NOTICE is hereby given that Soo C. Song, Assistant U.S. Attorney, is co-counsel of record for the government in the above action.

      Respectfully submitted,

      TROY RIVETTI
      Acting United States Attorney

      *s/Soo C. Song*
      SOO C. SONG
      Assistant U.S. Attorney
      PA ID No. 333245
      700 Grant Street
      Suite 4000
      Pittsburgh, PA 15219
      (412) 644-3500 (Phone)
      Soo.Song@usdoj.gov