IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GRAND JURY INVESTIGATION<br>(USAO No. 2024R00602) | Miscellaneous No. 24-936(a)<br><br>**[UNDER SEAL]** |

## SUPPLEMENTAL NOTICE OF DISCLOSURE OF GRAND JURY PROCEEDINGS: FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)(3)(B)

TO:  The Honorable Mark R. Hornak
     Chief United States District Judge
     United States District Court
     Western District of Pennsylvania

      AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, Assistant United States Attorney for said district, and hereby reports to the Court that disclosure of matters occurring before the grand jury investigating possible violations of federal law has been or will be made to the following government personnel:

    1.    Christoff Lozano, SA, FBI
    2.    Brianna N. Stone, SOS, FBI

      The aforementioned individuals have been advised of the obligation of secrecy under Rule 6(e) and advised that the Grand Jury material disclosed to them may not be utilized for any purpose other than to assist the attorneys for the government in the performance of their duty to enforce the federal criminal law.

                        Respectfully submitted,

                        TROY RIVETTI
                        Acting United States Attorney

By:   */s/ Nicole Vasquez Schmitt*
       NICOLE VASQUEZ SCHMITT
       Assistant U.S. Attorney
       PA ID No. 320316