IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GRAND JURY INVESTIGATION<br>(USAO No. 2024R00602) | Miscellaneous No. 24-936(a)<br><br>**[UNDER SEAL]** |

## ORDER OF THE COURT

AND NOW, to wit this _____ day of April, 2025, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, it is hereby ORDERED that the within Notice of Disclosure of Grand Jury Proceedings and this Order of Court be and are hereby SEALED.

_____
HONORABLE MARK R. HORNAK
CHIEF UNITED STATES DISTRICT JUDGE
Western District of Pennsylvania

cc: U.S. Attorney